UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:

Jeffery A Chandler                                    Bankruptcy No. 14-29235 DER

    Debtor(s)                                         Chapter 7

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE FOR SECURED CREDITOR

       Kindly enter the appearance of the undersigned as counsel to Navy Federal Credit Union, secured creditor.


THE FISHER LAW GROUP, PLLC


By:/s/ Scott R. Robinson
    Scott R. Robinson, Esquire
    Bar No. 10184
    Attorney for Movant
    9440 Pennsylvania Avenue, Ste 350
    Upper Marlboro, Maryland  20772
    Telephone: (301) 599-7700
    usbcnotice@first-legal.com

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY, that on this 10th day of February 2015, after reviewing the Court's ECF Records, all parties required to be served with a copy of the foregoing paper should receive a copy electronically from the Court, except for the following person(s) to whom a copy is being mailed first class, postage prepaid to:

Jeffery A. Chandler
7715 Warsaw Ave,
Glen Burnie, MD 21060

                 /s/ Scott R. Robinson

                 Scott R. Robinson, Esquire


According to the Court's ECF records, electronic notice of the paper should be provided to the following persons:

James R. Logan, Esquire
jamesrlogan@jamesrloganpa.com

Ellen W. Cosby
ECF@ch13balt.com


Matter No: 14-00528